**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
NANCY RIVERA,
                       Plaintiff,

            - against -

SORESH P. RAMPERSAUD,
                       Defendant.
----------------------------------------------------------X

**ORDER**

CV 06-5420 (SLT) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

Plaintiff Nancy Rivera ("Rivera") filed suit against defendant Soresh P. Rampersaud ("Rampersaud") on December 5, 2006. Docket Entry ("DE") 1. Service was effected on December 7, 2006, and the deadline for Rampersaud to answer or otherwise move with respect to the complaint was December 27, 2006. DE 2. By letter dated December 26, 2006, Rampersaud, representing himself, notified the Court of his difficulty obtaining a lawyer, and requested additional time. DE 4. I construe Rampersaud's *pro se* submission as a request for an enlargement of time to answer the complaint. *See*, *e.g.*, *Weixel v. Board of Education of the City of New York*, 287 F.3d 138, 146 (2d Cir. 2002).

I direct Rivera to respond in writing to that request by January 10, 2007. I further direct Rivera to serve a copy of this order and of his written response on the defendant and to electronically file proof of such service with the court by January 10, 2007.

     **SO ORDERED.**

Dated: Brooklyn, New York
       January 5, 2007

                                                    /s/ James Orenstein
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge