**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY RIVERA,
                           Plaintiff,

                - against -

SORESH P. RAMPERSAUD, et al.,
                         Defendants.
-----------------------------------------------------------X

**ORDER**

CV 06-6440 (SLT) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

       On August 9, 2007, at approximately 12:10 p.m., defendant Soresh P. Rampersaud contacted my chambers by phone and spoke with one of my law clerks. Mr. Rampersaud stated that he had no attorney and that he wished to obtain the transcript of a conference held on July 7, 2007. He indicated that the clerk of court had informed him that upon my order, the transcript fee could be waived. After consulting the docket sheet, which reflects that the defendant is in fact represented by counsel, my law clerk inquired further and Mr. Rampersaud acknowledged that he is represented by an attorney with whom he has some kind of dispute. My law clerk at that point terminated the call.

       If Mr. Rampersaud seeks relief, he may have his attorney make an appropriate application on notice to opposing counsel. If counsel seeks leave to withdraw so that his client can proceed with new counsel or *pro se*, he may make a motion pursuant to Local Civil Rule 1.4. Counsel is further directed to provide Mr. Rampersaud with a copy of this order.

       **SO ORDERED.**

Dated: Brooklyn, New York
           August 9, 2007

                                                            /s/ James Orenstein
                                                            JAMES ORENSTEIN
                                                            U.S. Magistrate Judge